# Court of Appeals
# of the State of Georgia

ATLANTA, February 24, 2015

*The Court of Appeals hereby passes the following order*

**A15I0119. GEORGIA FARM BUREAU MUTUAL INSURANCE COMPANY v.**
**GARLAND ELLIOT WHITE et al. .**

Upon consideration of the Application for Interlocutory Appeal, it is ordered that it be

hereby DENIED.

LC NUMBERS:

14CV004



*Court of Appeals of the State of Georgia*
        *Clerk's Office, Atlanta, February 24, 2015.*

        *I certify that the above is a true extract from the minutes of*
*the Court of Appeals of Georgia.*

        *Witness my signature and the seal of said court hereto*
*affixed the day and year last above written.*

*, Clerk.*